until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 595 of the Civil Practice Act.█ Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS STEINBERG V. SAMUEL HOFFMAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JESSE FROEHLICH V. GEORGE McDONALD.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application for Letters of Administration with the Will Annexed in the Estate of SOLOMON SCHINASI, Deceased. In the Matter of the Application for Letters of Administration with the Will Annexed in the Estate of BETTI SCHINASI, Deceased. NETTIE SCHRATTER STOEVE — RUBY SCHINASI and Others, as Executors, etc., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MILDRED WARRINGER, an Infant, by Her Guardian ad Litem, MARGARET R. WARRINGER V. LOUISE T. COCHRAN. Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTER G. WILLIAMS and Others V. CHARLES J. HASKELL and Others, Impleaded with CHARLES N. HASKELL.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PAUL BICJEN V. FRANK VASSI and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MACROSS HOLDING CORPORATION V. ALEXANDER J. SILLER.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM F. DEEGAN V. NATHAN BENSKY and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of P. L. L. HOLDING Co., INC., and Another against CHARLES W. BERRY, as Comptroller, etc., and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW YORK REALTY OPERATORS, INC., V. GERTRUDE C. MARK, Individually and as Executrix, etc., of JOSEPH MARK, Deceased, and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIA CONKLIN V. JOHN W. DRAPER.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings of BERTRON, GRISCOM & Co., INC., against ABRAM C. WISNER.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

ERIE RAILROAD COMPANY V. OWEN CONSTRUCTION AND REPAIR COMPANY and Others. ERIE RAILROAD COMPANY V. LINCOLN ENGINEERING CORPORATION and Others. NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY V. LINCOLN ENGINEERING CORPORATION and Others. ERIE RAILROAD COMPANY V. DICKSON CONSTRUCTION AND REPAIR COMPANY.— Motion denied, with ten